| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br><br>Court Address: Arapahoe County Justice Center<br>7325 S. Potomac Street<br>Centennial, CO 80112 | DATE FILED: September 22, 2014 1:57 PM<br>FILING ID: 2B04ECFAE9E66<br>CASE NUMBER: 2014CV32561 |
| Plaintiff: Susan W. Bickmore<br>v.<br>Defendant: Owners Insurance Company | ▲COURT USE ONLY▲ |
| Barry I. Dunn, #30416<br>Patricia A. Meester, #29523<br>Franklin D. Azar & Associates, P.C.<br>14426 E. Evans Avenue<br>Aurora, CO  80014<br>Phone Number: (303) 757-3300<br>Fax Number: (303) 757-3206<br>E-Mail: dunnb@fdazar.com, meesterp@fdazar.com, shepardg@fdazar.com<br><br>Attorneys for Plaintiff | Case Number:<br><br>Division/Ctrm: |
| **COMPLAINT** | |

COMES NOW Plaintiff, Susan W. Bickmore, by and through her attorneys, Franklin D. Azar and Associates, P.C., Barry I. Dunn and Patricia A. Meester, for her Complaint against the Defendant, states and alleges as follows:

### GENERAL ALLEGATIONS

1. Plaintiff is an individual and resident of the State of Colorado.

2. Defendant Owners Insurance Company is a corporation doing business in the State of Colorado.

1



3. Venue is proper herein pursuant to C.R.C.P. 98.

4. This Court has jurisdiction over this matter pursuant to C.R.S. § 13-1-124.

5. On or about June 19, 2012, Plaintiff was the driver of a 1997 Ford Explorer, heading Southbound on S. Peoria Street and turning left to head Eastbound on E. Louisiana Avenue.

6. Joe Hernandez-Garcia, an uninsured motorist, was heading Northbound on S. Peoria Street and he collided with the vehicle driven by Plaintiff, causing Plaintiff to strike a third vehicle. Joe Hernandez-Garcia was cited by the police for participating in a "Speed Contest."

7. Plaintiff was not negligent on the occasion in question.

8. No third party caused, or contributed to the cause, of the accident and Plaintiff's injuries, damages, and losses.

## FIRST CLAIM FOR RELIEF
## (BREACH OF CONTRACT)

9. Plaintiff incorporates all prior allegations as though fully set forth herein.

10. Sometime prior to the accident, Plaintiff entered into a contract with Owners Insurance Company for the purpose of obtaining automobile insurance, which policy includes coverage for claims involving uninsured and under-insured motorists. At all times pertinent to the within action, all the premiums as required under the contract for insurance were paid to Defendant Owners Insurance Company.

11. Plaintiff has advised Defendant Owners Insurance Company of a claim for uninsured motorist benefits for this incident under its policy of insurance, and otherwise fully cooperated with Defendant Owners Insurance Company in connection with the claim.

12. Plaintiff is an intended beneficiary of Defendant Owners Insurance Company's insurance policy/contract and is therefore entitled to enforce its terms.

13. Plaintiff is entitled to be compensated by Defendant Owners Insurance Company for all damages she has incurred, including pain, suffering, lost of enjoyment of life, loss of earnings and earning capacity, permanency and/or impairment, and disability, under the uninsured motorist coverage of the policy.

## SECOND CLAIM FOR RELIEF
## (FIRST PARY STATUTORY CLAIM
## UNDER C.R.S. § 10-3-1116)

14. Plaintiff incorporates all prior allegations as though fully set forth herein.

15. Defendant Owners Insurance Company has denied and delayed payment of uninsured motorist benefits to Plaintiff without a reasonable basis for its action.

16. Defendant Owners Insurance Company's unreasonable position and conduct has caused Plaintiff damage by the loss of the compensation that is due to her and which Defendant should have previously paid to her.

17. In accordance with C.R.S. §10-3-1116, Plaintiff is entitled to recover from Defendant Owners Insurance Company two times the covered uninsured motorist benefits plus reasonable attorney's fees and court costs.

## THIRD CLAIM FOR RELIEF
## (BAD FAITH)

18. Plaintiff incorporates all prior allegations as though fully set forth herein.

19. Defendant Owners Insurance Company owed Plaintiff a duty to act in good faith in reviewing, adjusting and settling her claims.

20. Defendant Owners Insurance Company breached its duties to its insured, and acted in bad faith, through its conduct as described above and by engaging in the following, among other acts:

    (a) Compelling this Plaintiff to institute litigation to recover amounts due her under the uninsured motorist bodily injury liability benefits afforded Plaintiff under the insurance policy;
    (b) Favoring the interests of Defendant Owners Insurance Company, an insurer, over those of Plaintiff, an insured, to whom Defendant Owners Insurance Company owes fiduciary and statutory duties;
    (c) Failing or delaying payment of reasonable compensation for the injuries, damages, and losses Plaintiff suffered at the hands of an uninsured motorist;
    (d) Failing to provide copies of the policy of insurance in a timely manner when requested; and,
    (e) Incompetently evaluating Plaintiff's claim.

21. Defendant Owners Insurance Company's actions are unreasonable.

22. Defendant Owners Insurance Company knew its conduct was unreasonable or disregarded the fact that its conduct was unreasonable.

23. As a direct result of Defendant's breaches of its duties to its insured, Plaintiff has been damaged including, but not necessarily limited to:

   a. Being forced to incur additional costs in litigation;
   b. Enduring the emotional trauma of being unnecessarily involved in a lawsuit with Defendant; and
   c. Being deprived of the use of funds that would otherwise be used for such things as medical treatment and for lost wage coverage which should have been paid by now.

WHEREFORE, Plaintiff prays for judgment against Defendant for all general damages, economic damages, all statutory and necessary costs including, but not limited to, expert witness fees and the expenses incurred in investigation and discovery required to present Plaintiff's claims, attorney fees and interest from the time of the occurrence, post-judgment interest at the requisite rate, and for such other and further relief as this Court shall deem proper, just, and appropriate under the circumstances.

Respectfully submitted,

FRANKLIN D. AZAR & ASSOCIATES, P.C.
*Original duly signed and on file at the office of Franklin D. Azar & Associates, P.C.*

By: */s/ Barry I. Dunn*
   Barry I. Dunn, #30416
   Counsel for Plaintiff

**Plaintiff's Address:**
**1405 South Vaughn Circle**
**Aurora, CO 80012**