IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02908-WJM-CBS | Date: December 12, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* | *Counsel:*

SUSAN W. BICKMORE, | Patricia Meester
 | Barry Dunn

Plaintiff,

v.

OWNERS INSURANCE COMPANY, | Charles Hall

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:03 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:** Plaintiff's Unopposed MOTION [14] to Amend Complaint is **GRANTED.**

Plaintiff's Unopposed MOTION [15] to Remand to Arapahoe County District Court is pending and has not been referred to Magistrate Judge Shaffer. Discussion regarding how to move forward with this case and consenting to a Magistrate Judge.

Hearing concluded.

**Court in recess: 11:10 a.m.**
Total time in court:     00:07

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.