IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02908-~~WJM~~-CBS

SUSAN W. BICKMORE

    Plaintiff,

v.

OWNERS INSURANCE COMPANY, an Ohio corporation,
and JOE HERNANDEZ-GARCIA.

    Defendants.

_____

~~[PROPOSED]~~ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO REMAND TO
ARAPAHOE COUNTY DISTRICT COURT
_____

    THE COURT, having reviewed Plaintiff's Unopposed Motion to Remand to Arapahoe County District Court and being fully advised in the premises,

    HEREBY ORDERS that the motion to remand to Arapahoe County District Court is GRANTED.

DONE AND SIGNED THIS __15th__ day of __December__, 2014.

                                                       BY THE COURT

                                                       ~~U.S. District Court Judge~~
                                                       Craig B. Shaffer
                                                       United States Magistrate Judge